UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KEITH WARNOCK, | ) | CASE NO. CV 12-9079-GAF (AGR) |
| Plaintiff, | ) | |
| vs. | ) | ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| CAROLYN W. COLVIN, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

    Pursuant to 28 U.S.C. Sec. 636, the Court has reviewed the entire file, records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has not filed any written Objections to the Report.  The Court accepts the findings and recommendation of the Magistrate Judge.

    IT IS ORDERED that Judgment be entered dismissing this action without prejudice for failure to prosecute.

DATED: April 30, 2013

GARY A. FEESS
United States District Judge